1995R03378

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 95-354 |
| v. | : | |
| JOSE CHONG-QUI | : | UNSEALING ORDER |

Upon application of the United States Attorney, Christopher J. Christie (Assistant U.S. Attorney Charles B. McKenna, appearing) for an order unsealing the Indictment and all related papers in the above-captioned matter, and good and sufficient cause having been shown,

IT IS on this 3 day of ~~June~~ July 2008,

ORDERED that the Sealing Order previously entered, is no longer in effect; and it is further

ORDERED that the Indictment and all related papers in the above-captioned matter be UNSEALED.

_____
HON. DENNIS M. CAVANAUGH
UNITED STATES DISTRICT JUDGE